**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1522**

BERTHA CUMMINGS,

Plaintiff - Appellant,

versus

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION;
HERBERT BROWN, Director, Norfolk, Virginia
Office,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Walter D. Kelley, Jr., District
Judge. (2:06-cv-00705-WDK)

Submitted: August 30, 2007          Decided: September 5, 2007

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bertha Cummings, Appellant Pro Se. Mark Anthony Exley, OFFICE OF
THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bertha Cummings appeals the district court's order granting defendant's motion to dismiss her petition for a writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Cummings v. EEOC, No. 2:06-cv-00705-WDK (E.D. Va. filed May 9, 2007; entered May 10, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED